LOUIS J. WEINSTEIN, Appellant, *v*. F. STANWOOD WELDEN, Respondent.

*Weinstein* v. *Welden*, 160 App. Div. 554, affirmed.
(Submitted March 9, 1917; decided March 27, 1917.)

APPEAL from a judgment entered February 26, 1914, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. This action was one brought in equity against the defendant to restrain and enjoin the defendant for a specified period from competing with the firm of Welden Specialty Company, and also from destroying its good will and from personally soliciting or interfering with the customers of that firm, and also from infringing upon the plaintiff's rights under an agreement annexed to the complaint. Likewise to prevent him from disclosing trade secrets with respect to the manufacture of " cast porcelain," a formula, composition and method respecting which the agreement was entered into, and further praying that the rights of both parties to the action may be decreed and adjusted as provided for under the terms and conditions thereof. An answer was interposed admitting the making of the contract of September 18, 1911, attached to the complaint, but denying practically every other of the allegations of the complaint and further setting up a distinct defense as well as by way of counterclaim that the agreement attached to the complaint had for the sole intent thereof the formation of a corporation for which the plaintiff was to produce the financial backing, but which fell through because of plaintiff's alleged

inability to procure such backing, and that the plaintiff has received from the joint venture continuing up to the breaking of the contract large sums of money which he has never accounted for, and it was requested that plaintiff account for such moneys and pay over to the defendant his share thereof.

*Abraham Rosenstein* and *Bernhard Edelhertz* for appellant.

*Alexander S. Bacon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and CRANE, JJ. Not sitting: McLAUGHLIN, J.